# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEE ALLEN MATTSON,
                    Appellant,
            vs.
RALPH ACHIM BLUEMEL,
                    Respondent.

No. 80877

FILED

DEC 08 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Jerry A. Wiese, District Judge
        Persi J. Mishel, Settlement Judge
        Stovall & Associates
        Ranalli Zaniel Fowler & Moran, LLC/Henderson
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-44496